IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:10CV11-RLV-DCK

| | |
|---|---|
| KEWAUNEE SCIENTIFIC CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL OFFICE ENVIRONMENTS, INC., et al.,<br><br>    Defendants. | ORDER |

This matter is before the Court on the Application for Admission to Practice *Pro Hac Vice* (Document No. 13) of Ronald J. Garber, for admission as counsel *pro hac vice* on behalf of Plaintiff Kewaunee Scientific Corporation filed on June 21, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Garber is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Kewaunee Scientific Corporation.

Signed: June 22, 2010

_____
David C. Keesler
United States Magistrate Judge